JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SHADYA GUZMAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF RIVERSIDE, and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | NO. SA CV 12-02031 AG (MLGx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AND VACATING ALL DATES** |

　　Good cause appearing therefor

　　**IT IS ORDERED** that this entire action is dismissed with prejudice with the parties to bear their own costs and attorney fees.

　　**IT IS FURTHER ORDERED** that all dates are VACATED.

Dated: March 27, 2013

_____
Hon. Andrew J. Guilford
United States District Judge

4834-6735-7203.1